UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-cv-03438 |
| | ) Judge Feinerman |
| ECD-STREETERVILLE HOTEL, LLC d/b/a Fairfield Inn & Suites | ) |
| | ) Magistrate Judge Mason |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISS ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), the Plaintiff, HOWARD COHAN and the Defendant ECD-STREETERVILLE HOTEL, LLC d/b/a Fairfield Inn & Suites, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| HOWARD COHAN | ECD-STREETERVILLE HOTEL, LLC, d/b/a Fairfield Inn & Suites |
|---|---|
| By: /s/ *Marshall J. Burt* | By: */s/ Jeff Nowak* |
| Counsel for Plaintiff | Counsel for Defendant |
| Marshall J. Burt, Esq. | Jeff Nowak Esq. |
| The Burt Law Group, Ltd. | Franczek Radelet P.C. |
| 77 W. Washington, Ste 1300 | 300 S. Wacker Dr., Ste 300 |
| Chicago, IL 60602 | Chicago, Illinois 60606 |
| 312-419-1999 | (312) 786-6164 |
| Marshall@mjburtlaw.com | jn@franczek.com |